IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK L. KING,**<br><br>  Plaintiff,<br><br>  v.<br><br>**C/O MATTHEW LUPPOLD**, et al.,<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 18-3420-KSM** |

## ORDER

**AND NOW** this 20th day of July, 2023, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 64, 66), and Plaintiff's failure to respond despite the Court's Order directing him to do so (*see* Doc. No. 65), it is **ORDERED** that the motions are **GRANTED** and Plaintiff's claims are **DISMISSED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**